JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ANGELA GIOVATTO | CONNECT AMERICA.COM, LLC. |

**(b)** County of Residence of First Listed Plaintiff   **DELAWARE COUNTY**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   **DELAWARE COUNTY**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government Plaintiff

☒ 3   Federal Question *(U.S. Government Not a Party)*

☐ 2   U.S. Government Defendant

☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*   *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 340 Marine | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 195 Contract Product Liability | Injury | ☐ 385 Property Damage Product Liability | ☒ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☐ 6 Multidistrict Litigation - Transfer    ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
Family Medical Leave Act of 1993 (hereinafter "FMLA"), 29 U.S.C. Section 2601, et seq.

Brief description of cause:
Violation of the Family Medical Leave Act

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE
07/28/2017

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __14 N. PENNELL ROAD, MEDIA, PA 19063__

Address of Defendant: __816 PARK WAY, BROOMALL, PA 19008__

Place of Accident, Incident or Transaction: __53 WEST BALTIMORE PIKE, MEDIA, PA 19063__
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))     Yes☐   No☒

Does this case involve multidistrict litigation possibilities?     Yes☐   No☒

*RELATED CASE, IF ANY:*
Case Number: _____   Judge _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) __FAMILY MEDICAL LEAVE ACT OF 1993__

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, __Richard B. Bateman, Jr., Esq.__, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: __08/16/2017__     Richard B. Bateman, Jr., Esq.     __61131__
                         Attorney-at-Law                   Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __08/16/2017__     Richard B. Bateman, Jr., Esq.     __61131__
                         Attorney-at-Law                   Attorney I.D.#

CIV. 609 (5/2012)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| ANGELA GIOVATTO | : | CIVIL ACTION |
| v. | : | |
| | : | |
| | : | NO. |
| CONNECT AMERICA.COM, LLC | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.　　　　　　( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
　　and Human Services denying plaintiff Social Security Benefits.　　　　　　( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.　( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
　　exposure to asbestos.　　　　　　( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
　　commonly referred to as complex and that need special or intense management by
　　the court.  (See reverse side of this form for a detailed explanation of special
　　management cases.)　　　　　　( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.　　(X)

| | | |
|---|---|---|
| 08/16/2017 | RICHARD B. BATEMAN, JR. | ANGELA GIOVATTO, PLAINTIFF |
| **Date** | **Attorney-at-law** | **Attorney for** |
| (610) 566-3322 | ( 610) 548-9986 | batemanlaw@aol.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| ANGELA  GIOVATTO | : | |
| v. | : | No. |
| CONNECT AMERICA.COM LLC.<br>D/B/A MEDICAL ALERT | : | JURY TRIAL DEMANDED |

---

### CIVIL ACTION COMPLAINT

COMES NOW, Plaintiff, by counsel, and complains of defendant as
follows:

### PARTIES

1.    The Plaintiff, ANGELA  GIOVATTO, is an adult individual who
resides at 14 N. Pennell Road, Media, PA 19063.

2.    The Defendant, CONNECT AMERICA.COM, LLC.is a Delaware
corporation D/B/A MEDICAL ALERT, registered to conduct business
in the Commonwealth of Pennsylvania as a foreign corporation
with address of 816 Park Way, Broomall, PA 19008.

### Jurisdiction

3.    This matter has federal jurisdiction pursuant to the Family
and Medical Leave Act of 1993 (hereinafter "FMLA"), 29 U.S.C.
Section 2601, et seq.

### Facts

4.    The defendant was, at all times material hereto, an
"employer" pursuant to the FMLA in that it was engaged in
commerce and employed 50 or more employees within a 75 mile

radius of plaintiff's work location in 53 West Baltimore Pike, Media, Delaware County, Pennsylvania 19063.

5.    Plaintiff commenced employment with defendant on about March 17, 2011 and the last position she held was Senior Safety Consultant (Sales Representative). At all times material hereto, plaintiff was employed out of defendant's Media, Pennsylvania location.

6.    On June 15, 2016, plaintiff was an eligible employee under the FMLA because as of that time period, she had been employed with defendant for more than one year and she worked at least 1250 hours in the 12-month period preceding that date.

7.    Plaintiff requested leave on June 15, 2016 because of a serious medical condition (i.e. having a nervous breakdown), which prevented her from performing her work duties.

8.    Plaintiff has suffered from chronic health conditions including anxiety, depression, insomnia and mood swings since January of 2014.

9.    Defendant was aware of plaintiff's chronic health conditions because she advised them and they had known on previous occasion about her serious condition.

10.    Plaintiff has always worked the 10:00AM to 6:30 PM shift.

11. On June 15, 2016, Plaintiff was called into a meeting with Jennifer Quinn, plaintiff's Team Sales Manager during which she was written-up for tardiness.

12. Before the meeting started, Plaintiff received a call about her son violating parole, and she became overwhelmed with anxiety.

13. During the meeting, Plaintiff notified Ms. Quinn that she was not feeling well and needed leave from work to see a doctor.

14. As Plaintiff got ready to leave work, Defendant's Human Resources Department requested Plaintiff to collect FMLA forms from her doctor.

15. When Plaintiff arrived at her doctor's office, he recommended she take leave from work for a week and return for evaluation.

16. Plaintiff notified Defendant that she would be out for at least one week. Later on the same day, Defendant called Plaintiff to notify her that she was being terminated because of her threatening behavior.

17. The reason given by defendant employer for plaintiff's termination was false and mere pretext to mask the true discriminatory reason for his termination.

18. The true reason why plaintiff was terminated by defendant was because she requested FMLA leave.

19. On June 15, 2016, plaintiff was entitled to take up to 12 work weeks of FMLA leave in that she had not taken any FMLA leave in the previous 12 months.

20. At all times material hereto, plaintiff provided notice to defendant of her need to take the aforesaid leave as soon as practicable, in that she gave advanced notice to her supervisors.

21. Plaintiff's treating doctors were health care providers as defined by the FMLA.

## COUNT 1- FMLA

22. Plaintiff hereby incorporates by reference paragraphs 1-21 above.

23. Defendant and its agents violated the FMLA by terminating plaintiff because she exercised her rights under the FMLA, and requested and took FMLA protected leave.

24. Defendant and its agents violated the FMLA by terminating plaintiff in retaliation for requesting and/or taking FMLA protected leave.

25.   Defendant and its agents violated the FMLA by discriminating against plaintiff and terminating plaintiff for taking and/or requesting FMLA protected leave.

26.   As a direct result of defendant's unlawful conduct and its termination of plaintiff's employment as described herein above, plaintiff has suffered and will continue in the future to suffer actual damages in the form of lost pay, lost bonuses, lost benefits and other financial losses.

27.   Plaintiff has engaged in great efforts to mitigate her damages by searching for new employment, but she has not been successful in her efforts to find equivalent employment to date.

28.   Plaintiff is entitled to liquidated damages in an amount equal to actual damages because defendant and its agents intentionally, and/or in bad faith, violated the FMLA.

29.   Plaintiff is entitled to recover reasonable attorney's fees and costs associated with the prosecution of this lawsuit.

30.   Plaintiff is entitled to reinstatement of her employment and other injunctive relief.

WHEREFORE, plaintiff demands that judgment be entered in her favor against defendant for lost pay, lost bonuses, lost benefits, other financial losses, liquidated damages, attorney's

fees, costs, interest, reinstatement of employment and any other
relief that this Honorable Court deems to be fair and proper.

/s/ Richard B. Bateman, Jr.

Richard B. Bateman, Jr., Esq.
Signature Code: RBB3660
21 West Second Street
Suite 300
Media, PA 19063
Phone:  610-566-3322
Fax:  610-548-9986
Email: batemanlaw@aol.com
Attorney for Plaintiff